IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

STATE FARM FIRE AND CASUALTY            PLAINTIFFS
COMPANY and STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY

v.                          CIVIL ACTION NO. 2:07CV188KS-MTP

JIM HOOD, IN HIS OFFICIAL CAPACITY            DEFENDANT
AS ATTORNEY GENERAL OF THE
STATE OF MISSISSIPPI

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Uniform Local Rule 7.3, Plaintiffs State Farm Fire and Casualty Company and State Farm Mutual Automobile Insurance Company hereby state:

1. State Farm Mutual Automobile Insurance Company is the parent company of State Farm Fire and Casualty Company. State Farm Mutual Automobile Insurance Company has no parent corporation.

2. No publicly held company owns 10% or more of the stock of either State Farm Mutual Automobile Insurance Company or State Farm Fire and Casualty Company.

Respectfully submitted, this 13 day of September, 2007.

                         STATE FARM FIRE & CASUALTY COMPANY and
                         STATE FARM MUTUAL AUTOMOBILE INSURANCE
                         COMPANY, Plaintiffs

           BY: _____
                         Robert C. Galloway, MB No. 4388
                         Jeffrey A. Walker, MB No. 6879

                         ATTORNEYS FOR STATE FARM FIRE AND
                         CASUALTY COMPANY and STATE FARM
                         MUTUAL AUTOMOBILE INSURANCE
                         COMPANY

OF COUNSEL:

ROBERT C. GALLOWAY, MB No. 4388
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P. O. DRAWER 4248
GULFPORT, MS 39502
T:    (228) 575-3019
F:    (228) 868-1531
E-MAIL: bob.galloway@butlersnow.com

JEFFREY A. WALKER, MB No. 6879
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
210 E. Capitol Street, Suite 1700 (39201)
P.O. Box 22567
JACKSON, MS 39225-2567
T:    (601) 985-4558
F:    (601) 985-4500
E-MAIL: jeff.walker@butlersnow.com

## CERTIFICATE OF SERVICE

I, Robert C. Galloway, one of the attorneys for Plaintiffs, do hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered to the following, via the means indicated below:

**Via Hand Delivery and E-mail**
Attorney General Jim Hood
Office of the Attorney General
Walter Sillers Building
550 High Street, Suite 1200
Jackson, Mississippi 39201

DEFENDANT

THIS the 13 day of September, 2007.

                                                  _/s/ Robert C. Galloway_
                                                  Robert C. Galloway, MB No. 4388