Mar. 16. 2006 10:54AM    STATE FARM                                          No. 4972   P. 2

IN THE CIRCUIT COURT HARRISON COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT
**SUBPOENA DUCES TECUM-GRAND JURY**

TO THE SHERIFF OF HARRISON COUNTY, MISSISSIPPI, OR TO ANY OTHER PERSON AUTHORIZED TO SERVE PROCESS, GREETINGS:

You are hereby directed to summon Rick Moore, an agent or employee of State Farm Insurance Company, located at 1721 Medical Park Drive, Biloxi, Mississippi 39532, to be and appear before the Harrison County Grand Jury at 9:00 a.m. on March 23, 2006, in the courthouse in Biloxi, Mississippi, to testify on behalf of the State of Mississippi, and to then and there have and produce the following:

(1) copies of all reports of engineering investigations and evaluations pertaining to the assessment of reported Hurricane Katrina damage to residences insured by State Farm Insurance Company and located in Hancock, Harrison, and Jackson Counties, Mississippi, which reports were (a) prepared by any and all engineers or agents and employees of engineering firms and (b) submitted to agents or employees of State Farm Insurance Company; and

(2) copies of all documents pertaining to claims for reported property damage where the claims: (a) were made by agents or employees of State Farm Insurance Company; (b) involved reported Hurricane Katrina damage to residences which were owned by said employees and agents, which were located in Hancock, Harrison or Jackson County, Mississippi, and which were insured by State Farm Insurance Company; and (c) were paid or denied; and

(3) printouts of all (a) electronic data and (b) wire and electronic communications which are stored, held, or maintained in the computer systems of State Farm Insurance Company, and which pertain to the reports, evaluations, claims and documents described in subsections (1) and (2) above.

Miss. Code Ann. §99-9-21 states that every witness subpoenaed in any criminal case, shall attend, from day to day, and from term to term without further notice, until discharged by the court or by the party at whose instance he was subpoenaed.

In lieu of such appearance, the person named above, within six (6) calendar days from the day this subpoena is served, may deliver the described documents to Lynn Gunn, an agent of the Office of the Mississippi Attorney General, or to any other properly identified agent of said office.

WITNESS my hand and seal, this the 16th day of March, 2006.

GAYLE PARKER
CIRCUIT CLERK OF HARRISON COUNTY

By: _____, D.C.

Timothy Craig Howard
Special Assistant Attorney General
P.O. Box 2
Jackson, MS 39205
(601) 359-4250

03/16/2006 THU 10:51 [TX/RX NO 5883] @002

EXHIBIT
"A"