

## SCRUGGS LAW FIRM

(A Professional Association)

120 A COURTHOUSE SQUARE   POST OFFICE BOX 1136   OXFORD, MISSISSIPPI 38655
(p) 662.281.1212   (f) 662.281.1312
WWW.SCRUGGSLAWFIRM.COM

RICHARD F. SCRUGGS
SIDNEY A. BACKSTROM [MS & LA]
ZACH SCRUGGS
DAVID SHELTON [MS & VI]

February 19, 2007

### VIA ELECTRONIC MAIL AND U.S. MAIL

Jeffrey Jackson, Esquire
State Farm Insurance Companies
One State Farm Plaza
Bloomington, IL 61710

Sheila Birnbaum, Esquire
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, New York 10036

Re: Renfroe and other timely issues

Dear Jeff and Sheila:

Our disappointment in your lack of resolve in securing dismissal of the Renfroe matter cannot be overstated. Nor will it be without consequences given that its dismissal was a sine qui non to our settlement. While State Farm recently alleges "that no such promise was made," the six of us in the room at the time, the two of you included, know better.

If State Farm's lack of commitment and follow through on Renfroe is intended to illustrate its integrity in the proposed class settlement, our group will have no choice but to withdraw the Woullard motion. At that point we will have no further involvement except in representing the many new State Farm policyholders who have sought our help.

The Renfroe concern is not about the attorneys, who did nothing except help expose State Farm's conduct through its captive adjusters in the most public way. If you think that we have skeletons you should bring them to light publicly. Our concern is over the Rigsbys as targets of an harassing SLAP suit that could not have happened or continued without your blessing. After all, the vast majority of Renfroe's business is with

ESTABLISHED 1980

**EXHIBIT**

"R"

State Farm, according to Jana Renfroe's testimony, and all of the allegations in the SLAP suit arose from this business relationship.

We hope that you will honor your commitment to "get this taken care of" before the trumped up contempt hearing on February 27th. State Farm is misjudging the climate, both on Renfroe and other matters, in which it has recently made astonishingly poor decisions. This time, you have chosen the wrong population to underestimate.

Sincerely,

Richard F. Scruggs

cc: Attorney General Jim Hood — VIA ELECTRONIC MAIL
Senator Trent Lott — VIA ELECTRONIC MAIL
Congressman Gene Taylor — VIA ELECTRONIC MAIL
Congressman Bennie Thompson — VIA ELECTRONIC MAIL
Commissioner George Dale — VIA ELECTRONIC MAIL
Ms. Cori Rigsby Moran — VIA ELECTRONIC MAIL
Ms. Kerri Rigsby — VIA ELECTRONIC MAIL
Don Barrett, Esquire — VIA ELECTRONIC MAIL