1

```
 1    IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
                    SECOND JUDICIAL DISTRICT
 2

 3

 4    IN RE:  SUBPOENA DUCES TECUM -
      GRAND JURY SERVED ON RICK MOORE
 5    MARCH 16, 2006                    CAUSE NO. A2402-06-48
      RETURNABLE MARCH 23, 2006
 6

 7

 8

 9    ------------------------------------------------------

10    TRANSCRIPT OF THE PROCEEDINGS HAD AND DONE IN THE

11    HEARING OF THE ABOVE STYLED AND NUMBERED CAUSE BEFORE

12    THE HONORABLE STEPHEN B. SIMPSON, CIRCUIT COURT JUDGE

13    OF THE SECOND CIRCUIT COURT DISTRICT OF THE STATE OF

14    MISSISSIPPI, ON MARCH 28, 2006.

15    ------------------------------------------------------

16

17    APPEARANCES:

18         Present and Representing the State:

19              HONORABLE CONO CARANNA
                District Attorney
20              P. O. Box 1180
                Gulfport, MS 39502
21
                HONORABLE TIMOTHY CRAIG HOWARD
22              Special Assistant Attorney General
                802 North State Street, 4th Floor
23              Jackson, MS 39201

24

25
```

ANGELLE WEBB, RPR, CSR - OFFICIAL COURT REPORTER

EXHIBIT "V"

```
                                                                    2
 1    APPEARANCES:   (CONT'D)

 2        Present and Representing State Farm
            Fire and Casualty Company:
 3
              HONORABLE PETER H. BARRETT
 4            HONORABLE ROBERT C. GALLOWAY
              Butler, Snow, O'Mara,
 5              Stevens & Cannada
              P. O. Drawer 4248
 6            Gulfport, MS 39502

 7            HONORABLE W. SCOTT WELCH, III
              Baker Donelson, Bearman,
 8              Caldwell & Berkowitz
              4268 I-55 North
 9            Meadowbrook Office Park
              Jackson, MS 39211
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1   appearance for the benefit of the court
2   reporter's record, please.
3       MR. HOWARD: Yes. Your Honor, my
4   name is Tim Howard, Special Assistant
5   Attorney General with the Attorney
6   General's office.
7       THE COURT: All right, Mr. Howard.
8       MR. HOWARD: Just for a brief basis
9   of why the subpoena was issued, the
10  Attorney General received information from
11  confidential informants that engineering
12  reports had been altered at the request of
13  State Farm and that basically State Farm
14  had twisted the arms of some of the
15  engineers who had done engineering reports
16  involving assessment on reported damage of
17  Hurricane Katrina to residences, had
18  twisted the arms of some engineering firms
19  in order to get them to change their
20  engineering reports, and that these
21  engineering reports would be located in an
22  office in Biloxi, and because of that some
23  of the claims were denied based upon the
24  fraudulent engineering reports that State
25  Farm wanted the engineers to submit and

ANGELLE WEBB, RPR, CSR - OFFICIAL COURT REPORTER

1  twisted their arms to do.
2        So therefore, we had a grand jury
3  subpoena issued in order to gather the
4  engineering reports to look at those
5  reports, specifically those ones in which
6  there is more than one report on a
7  particular piece of property.
8        THE COURT:  Mr. Howard, under what
9  authority of the Attorney General's office
10 of the Mississippi code is the Attorney
11 General proceeding through the Harrison
12 County grand jury?
13       MR. HOWARD:  Your Honor, the office
14 in which these engineering reports are
15 going through is the office in Biloxi, and
16 those residences are also within this
17 particular district.
18       THE COURT:  I understand with respect
19 to venue, but under the jurisdictional
20 authority of the Harrison County grand jury
21 to pursue this matter through the Attorney
22 General's office.  Apparently, Mr. Caranna,
23 you want to speak to that?
24       MR. CARANNA:  Yes, sir.  Your Honor,
25 when made notice, given notice of the fact

ANGELLE WEBB, RPR, CSR - OFFICIAL COURT REPORTER

62

```
 1              COURT REPORTER'S CERTIFICATE
 2
 3    STATE OF MISSISSIPPI
 4    COUNTY OF HARRISON
 5
 6        I, Angelle T. Webb, Official Court Reporter for
 7    the Second Circuit Court District of the State of
 8    Mississippi, do hereby certify that the foregoing 61
 9    pages constitute, to the best of my ability, a true and
10    correct transcript of my stenographic notes and
11    electronic tape recording of the hearing had on March
12    28, 2006, before the Honorable Stephen B. Simpson,
13    Circuit Court Judge of the Second Circuit Court
14    District of the State of Mississippi, being a regular
15    day in the March Term of Harrison County Circuit Court
16    at Gulfport.
17        Witness my signature this, the 7th day of April,
18    2006.
19                    _____
20                    ANGELLE T. WEBB, RPR, CSR, (#1306)
                      Official Court Reporter
21
22
23
24
25
```

ANGELLE WEBB, RPR, CSR - OFFICIAL COURT REPORTER