IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

STATE FARM FIRE AND CASUALTY COMPANY                                              PLAINTIFFS
and STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

v.                                                                                                  CIVIL ACTION NO. 2:07cv188DCB-MTP

JIM HOOD, IN HIS OFFICIAL CAPACITY AS                                                DEFENDANT
ATTORNEY GENERAL OF THE STATE OF
MISSISSIPPI

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER

At the request of the Court, to accommodate the Court's schedule, and after conferring with counsel for all parties, the Temporary Restraining Order entered on September 14, 2007, shall be extended through November 5, 2007, or the date and time at which the Court enters its ruling on Plaintiffs' Motion for Preliminary Injunction, whichever shall occur first.

WHEREFORE, PREMISES CONSIDERED, it is therefore ORDERED that the Temporary Restraining Order entered September 14, 2007, is extended to November 6, 2007, at 12:01 a.m. or the date and time at which the Court enters its ruling on Plaintiffs' Motion for Preliminary Injunction, whichever shall occur first.

SO ORDERED this 16th day of October, 2007.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE