```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                   HATTIESBURG DIVISION


STATE FARM FIRE AND CASUALTY
COMPANY and STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY                         PLAINTIFFS

VS.                        CIVIL ACTION NO. 2:07-cv-188(DCB)(MTP)

JIM HOOD, IN HIS OFFICIAL
CAPACITY AS ATTORNEY GENERAL
OF THE STATE OF MISSISSIPPI                           DEFENDANT
```

ORDER

This cause is before the Court *sua sponte* to address the issues of abstention and subject matter jurisdiction. As raised in the defendant's motion to dismiss, the Supreme Court has held that in the interest of comity and federalism, federal courts may not enjoin pending state court criminal proceedings except under exceedingly rare and extraordinary circumstances. Younger v. Harris, 401 U.S. 37, 41 (1971). Furthermore, even if the Court is not required to abstain, subject matter jurisdiction remains a prerequisite to the issuance of an injunction. Accordingly,

IT IS HEREBY ORDERED that the parties be prepared to address the abstention and subject matter jurisdiction issues at the hearing set for November 1, 2007.

SO ORDERED, this the  29th  day of October, 2007.


                                    s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE