```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      HATTIESBURG DIVISION
```

STATE FARM FIRE AND CASUALTY
COMPANY and STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY                             PLAINTIFFS

VS.                          CIVIL ACTION NO. 2:07-cv-188(DCB)(MTP)

JIM HOOD, IN HIS OFFICIAL
CAPACITY AS ATTORNEY GENERAL
OF THE STATE OF MISSISSIPPI                               DEFENDANT

                ORDER EXTENDING TEMPORARY RESTRAINING ORDER

   Following consultation with the parties at a November 7, 2007, conference, the Temporary Restraining Order previously entered in this cause shall be extended until further order of this Court or until either party moves for it to be dissolved.  Upon motion of either party, the Court will set this matter for hearing and decide the plaintiffs' motion for preliminary injunction within thirteen (13) days of such motion.  Accordingly,

   IT IS HEREBY ORDERED that the Temporary Restraining Order previously entered in this cause is extended until further order of this Court or until either party moves for it to be dissolved.

   SO ORDERED, this the   8th   day of November, 2007.


                                      s/ David Bramlettte
                                 UNITED STATES DISTRICT JUDGE