```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      HATTIESBURG DIVISION


STATE FARM FIRE AND CASUALTY
COMPANY and STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY                            PLAINTIFFS

VS.                            CIVIL ACTION NO. 2:07-cv-188(DCB)(MTP)

JIM HOOD, IN HIS OFFICIAL
CAPACITY AS ATTORNEY GENERAL
OF THE STATE OF MISSISSIPPI                              DEFENDANT
```

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER

Pursuant to the Court's Order Extending Temporary Restraining Order of November 11, 2007, and as a result of the defendant's Motion to Reconvene Proceedings, Dissolve Restraining Order, and to Resolve Issue of Abstention filed January 18, 2008, the Temporary Restraining Order now in place is set to expire on January 31, 2008.

Following consultation with the parties, the hearing previously begun in this case has been set to resume on February 6, 2008. At the hearing, the defendant's motion to dismiss for lack of jurisdiction, including the abstention issue, shall be heard first. The Temporary Restraining Order shall therefore be extended through the hearing set to commence February 6, 2008, until such time as the defendant's motion to dismiss is decided. In the event that the defendant's motion to dismiss is denied, the parties should be prepared to go forward with the hearing on the plaintiffs' motion for preliminary injunction. Accordingly,

IT IS HEREBY ORDERED that the Temporary Restraining Order is extended through the hearing set to commence February 6, 2008, until such time as the defendant's motion to dismiss is decided;

FURTHER ORDERED that the hearing shall commence on February 6, 2008, at 10:00 a.m. at the Federal Courthouse in Natchez, Mississippi, unless the parties are notified by the Court of a change in the exact time and/or location.

SO ORDERED, this the ___24th___ day of January, 2008.

                                                          ____s/ David Bramlette_____
                                                          UNITED STATES DISTRICT JUDGE