IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | PLAINTIFFS |
| v. | CIVIL ACTION NO. 2:07cv188-DCB-MTP |
| JIM HOOD, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI | DEFENDANT |

**STATE FARM'S SUPPLEMENTAL EVIDENTIARY SUBMISSION
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
AND IN FURTHER OPPOSITION TO
<u>ATTORNEY GENERAL HOOD'S MOTION TO DISMISS</u>**

*(Submitting February 1, 2008 Alias Proceeding Transcript)*

Plaintiffs State Farm Fire and Casualty Company and State Farm Mutual Automobile Insurance Company (collectively "State Farm"), hereby submit this Supplemental Evidentiary Submission: (1) in Support of their Motion for Preliminary Injunction (docket no. 5) and all amendments and supplements thereto; and (2) in Further Opposition to Attorney General Hood's Motion to Dismiss and all amendments and supplements thereto.

State Farm hereby submits into the record the transcript of the February 1, 2008 hearing before the Honorable Michael P. Mills in *State Farm Fire and Casualty Company and State Farm Mutual Automobile Insurance Company v. Jim Hood, in His Official Capacity as Attorney General of the State of Mississippi*; in the United States District Court for the Northern District of Mississippi, Western Division; Civil Action No. 3:08cv11-MPM, alias proceeding to this Action.

Respectfully submitted, this 2nd day of February, 2008.

        STATE FARM FIRE & CASUALTY COMPANY and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Plaintiffs

BY:   /s/ E. Barney Robinson III
      Robert C. Galloway, MB No. 4388
      Jeffrey A. Walker, MB No. 6879
      E. Barney Robinson III, MB No. 9432

        ATTORNEYS FOR STATE FARM FIRE AND CASUALTY COMPANY and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

OF COUNSEL:

ROBERT C. GALLOWAY, MB No. 4388
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P. O. DRAWER 4248
GULFPORT, MS 39502
T:    (228) 575-3019
F:    (228) 868-1531
E-MAIL: bob.galloway@butlersnow.com

JEFFREY A. WALKER, MB No. 6879
E. BARNEY ROBINSON III, MB No. 9432
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
210 E. Capitol Street, Suite 1700 (39201)
P.O. BOX 22567
JACKSON, MS 39225-2567
T:    (601) 985-4558
F:    (601) 985-4500
E-MAIL: jeff.walker@butlersnow.com
E-MAIL: barney.robinson@butlersnow.com

James R. Robie, *pro hac vice*
ROBIE & MATTHAI
500 South Grand Avenue, 15th Floor
Los Angeles, CA 90071
213/706-8000
Fax: 213/624-2563
Email: jrobie@romalaw.com

## CERTIFICATE OF SERVICE

I, E. Barney Robinson III, one of the attorneys for Plaintiffs, do hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered to the following, via the means directed by the Court's Electronic Filing System to:

Harold E. Pizzetta III
Mary Jo Woods
Office of the Attorney General
Walter Sillers Building
550 High Street, Suite 1200
Jackson, Mississippi  39201
mwood@ago.state.ms.us
hpizz@ago.state.ms.us

J. Lawson Hester
Page, Kruger & Holland, P.A.
10 Canebrake Blvd., Suite 200
Jackson, MS  39232-2212
lhester@pkh.net

Crymes G. Pittman
Pittman, Germany, Roberts & Welsh, LLP
P. O. Box 22985
Jackson, MS  39225-2985
cgp@pgrwlaw.com

William H. Liston
Liston/Lancaster, PLLC
P. O. Box 645
Winona, MS  38967
bliston@listonlancaster.com

Danny E. Cupit
Law Offices of Danny E. Cupit, P.C.
P. O. Box 22929
Jackson, MS  39225
decupit@aol.com

ATTORNEYS FOR DEFENDANT JIM HOOD, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI

THIS the 2nd day of February, 2008.

/s/ E. Barney Robinson III
E. Barney Robinson III (MSB #9432)

Jackson 2668316v.1