**IN THE SOUTHERN DISTRICT OF MISSISSIPPI**
**HATTIESBURG DIVISION**

| | |
|---|---|
| **STATE FARM FIRE AND CASUALTY COMPANY and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** | **PLAINTIFFS** |
| **V.** | **CIVIL ACTION NO. 2:07CV188-DCB-MTP** |
| **JIM HOOD, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI** | **DEFENDANT** |
| **JACKSON NEW MEDIA, INC.; WLBT, LLC; WDAM, LLC; and WLOX, LLC** | **INTERVENORS** |

**ATTORNEY GENERAL'S FURTHER RESPONSE**
**TO INTERVENORS' MOTION FOR PARTIAL RELIEF FROM JUDGMENT**

Today this Court ordered unsealed the transcript of the settlement agreement in this case, docket entry 109, and further requested that the Attorney General clarify his position regarding whether to unseal the *in camera* testimony given in this matter.  The Attorney General's position was and still is that if the motion to unseal the settlement transcript was granted, this Court should also unseal all *in camera* testimony and exhibits.  Accordingly, the Attorney General requests that this Court unseal all *in camera* testimony and exhibits.

This the 2nd day of September, 2010.

Respectfully submitted,

FOR THE DEFENDANT, JIM HOOD, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI

BY: /s Harold E. Pizzetta, III
 HAROLD E. PIZZETTA, III MSB #99867
 SPECIAL ASSISTANT ATTORNEY GENERAL

Civil Litigation Division
Office of the Attorney General
Post Office Box 220
Jackson, Mississippi  39205
Telephone: (601) 359-3680
Facsimile: (601) 359-2003
Email:  hpizz@ago.state.ms.us

<u>CERTIFICATE OF SERVICE</u>

I, Harold E. Pizzetta, III, Special Assistant Attorney General of the State of Mississippi,

do hereby certify that on, I electronically filed the foregoing document with the Clerk of the

Court using the ECF system which sent notification of such filing to the following:

Amanda B. Barbour
amanda.barbour@butlersnow.com

Robert C. Galloway
bob.galloway@butlersnow.com

Jackson New Media, Inc.
editor@yallpolitics.com

Mary E. McAlister
mcalister_m@bellsouth.net

James R. Robie
jrobie@romalaw.com

Emerson Barney Robinson, III
barney.robinson@butlersnow.com

Richard F. Scruggs
dickscruggs@scruggsfirm.com

R. Andrew Taggart, Jr.
andy@tru-law.com

J. Kennedy Turner, III
ken.turner@butlersnow.com

Jeffrey A. Walker
jeff.walker@butlersnow.com

Benjamin McRae Watson
ben.watson@butlersnow.com

**THIS** the 2nd day of September, 2010.

/s Harold E. Pizzetta, III
Harold E. Pizzetta, III