IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        HATTIESBURG DIVISION


STATE FARM FIRE AND CASUALTY
COMPANY and STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY                              PLAINTIFFS

VS.                             CIVIL ACTION NO. 2:07-cv-188(DCB)(MTP)

JIM HOOD, IN HIS OFFICIAL
CAPACITY AS ATTORNEY GENERAL
OF THE STATE OF MISSISSIPPI                                DEFENDANT

JACKSON NEW MEDIA, INC.; WLBT, LLC;
WDAM, LLC; and WLOX, LLC                                  INTERVENORS


                              ORDER

  This cause is before the Court on the intervenors' motion to unseal certain proceedings in this case **(docket entries 119, 120)**, specifically, the in camera examination of Courtney Schloemer.

  The intervenors seek a transcript of an evidentiary hearing held on November 7, 2007, consisting of an in camera examination of Courtney Schloemer, a staff attorney with the Attorney General's office, along with the exhibits thereto.  On September 2, 2010, this Court entered an Order unsealing the settlement agreement in this case.  The Court also requested the Attorney General to confirm the statement in his response to the intervenors' motion as follows:

> In the alternative, and without waiver of the foregoing position, should the Court be inclined to lift the seal as to any of the undisclosed records, the Attorney General would strongly urge the Court to remove the seal in its entirety, allowing complete public disclosure of both the settlement agreement and the in camera testimony.  If, as the Intervenors suggest, there is an

> overriding interest in allowing the public to know what happened in this case, then that interest may only be fulfilled by allowing access to all of the records in this case.

Defendant's Response, ¶ 8. The Attorney General has responded to the Order, requesting that the Court unseal all in camera testimony and exhibits. Accordingly,

IT IS HEREBY ORDERED that the intervenors' motion to unseal **(docket entries 119, 120)** is GRANTED as to the in camera testimony of Courtney Schloemer and all exhibits thereto, and the clerk of court is directed to unseal the documents appearing at docket entry 123. The transcript shall be available to the public through the normal procedure.

SO ORDERED, this the 13th day of September, 2010.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE